

**ORDERED in the Southern District of Florida on August 20, 2024.**

_____
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 24-15956-SMG

In Re:

Chapter 11/Subchapter V

SHMUEL CHANIN,
LIEBA CHANIN

    Debtors
_____/

### AGREED ORDER SUSTAINING IN PART OBJECTION TO EXEMPTIONS

This matter came before the court on the Objection To Exemptions filed by Reuven Cypers & Residual Income Opportunities, Inc. ("Cypers")("Objection")(ECF 61), and the court having reviewed the Objection, being advised that Cypers and the debtors agree to the entry of this order, and being otherwise fully advised, it is

ORDERED AND ADJUDGED that:

1. The Objection is SUSTAINED IN PART. The Debtors are not entitled to claim the Florida Homestead exemption for the real property situate at 10454 SW 54th Street, Cooper City, Florida .

2. The remainder of the Objection is OVERRULED.

3. The hearing on the Objection scheduled for September 11, 2024 (ECF 66) is cancelled.

# # #

Submitted by:

Todd S. Frankenthal, Esq.
One East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33301
(954) 356-0464
TSFlaw01@aol.com

Attorney Frankenthal shall serve copies of this order
by CM/ECF or U.S. Mail, and file a certificate of service
thereof